### Fortis M. Wilcox vs. Augustus Moses.

Where a motion is denied without prejudice to the right to renew it, and on the second motion no part of the moving papers show that it is a renewal of a motion; and objection is made to the motion on the ground that it has been decided; the rule entered granting such leave to renew, is then offered to be read, and that is objected to, on the ground that the moving papers do not refer to it. The court will allow the motion to stand over to next *without costs*, with leave to serve further papers.

*Motion by plaintiff for costs of the last Essex Circuit, held January* 28, 1845. *It was opposed on the ground that it was too late.* 2 *Wend.,* 286.—Chief Justice said that rule did not apply to substantial matters of this kind. It was replied that the motion was made last term and denied, without prejudice. It was then objected that it did not appear from any of the papers that it was a renewal of a former motion. The rule of last term was then offered to be read, and was objected to. Chief Justice

said he did not see why it might not be read, and further said that if he did not grant the motion, he should let it stand over *without costs* to serve further papers; on the objection being insisted on, the motion was directed to stand over for that purpose.

E. PEARSON, *Plff's Counsel.*      G. R. ANDREWS, *Plff's Atty.*

N. HILL Jr., *Defts Counsel.*      A. C. HAND, *Defts Atty.*

Rule entered according to the above decision.